### ELIZABETH CRANE VS. DAVID CROFOOT.

A notice of motion must specify one certaiu time *only,* when the motion will be brought on, it can not be made in the alternative.

*Motion by defendant to have a statement of facts drawn up under the direction of the Chief Justice, or one of the justices of this court, to be incorporated in the record, to enable the defendant to prosecute a writ of error.*—The notice of motion was given for " the second Monday of the next May term," provided the court would entertain and hear the motion at said term ; if not, that then the motion would be made on the first Tuesday of June next, &c.

C. STEVENS, *Defts Counsel.*          E. C. REED, *Defts Atty.*

J. NEWLAND, *Plffs Counsel.*          T. P. GROSVENOR, *Plffs Atty.*

JEWETT, Justice.—The notice is in improper form. It can not be in the *alternative,* but must be for one *certain time.*

Motion denied with costs.